# Exhibit A

 

**COLLECTION SERVICE OF NEVADA**
777 Forest Street
Reno, Nevada 89509-1711
Telephone (775) 333-5757
Fax (775) 333-5747
1-800-992-0377

```
ORIGINAL CREDITOR PAYCHECK ADVANCE-IRONHORSE     PRINCIPAL      $401.80
FOR:                                              INTEREST         $0.00
COLL#: 24                                    OTHER CHARGES       $ 0.00
                                                  BALANCE       $401.80
                                             NOV 19, 2018

TERRI SWANSON                                CSN ACCT  ▇▇▇328
1234 CHARA LN
SPARKS, NV 89441
```

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE

|  | PRINCIPAL | INTEREST | OTHER | TOTAL |
|---|---|---|---|---|
| PAYCHECK ADVANCE-IRONHORSE | $401.80 | $0.00 | $ 0.00 | $401.80 |
| PAYCHECK ADVANCE-IRONHORSE | $376.80 | $0.00 | $ 0.00 | $376.80 |

PLEASE RESPOND, AS YOUR ACCOUNT IS SCHEDULED FOR EVALUATION OF A POSSIBLE LAWSUIT. NOTE YOUR DAYTIME PHONE FOR A RETURN CALL.

[ ] YES, I INTEND TO PAY.  PAYMENT IN FULL ENCLOSED.
[ ] YES, I WILL PAY ON _____ (DATE).
[ ] I NEED TO DISCUSS THIS. MY DAYTIME PHONE IS _____.
[ ] NO, I DO NOT INTEND TO PAY. I UNDERSTAND THAT MY ACCOUNT WILL BE REVIEWED FOR THE ADVISABILITY OF LEGAL ACTION. IF MY SALARY OR OTHER ASSETS ARE ESTIMATED TO BE ENOUGH TO SUPPORT PAYMENT, A LAWSUIT MAY BE FILED TO COLLECT WHAT IS OWED.

* * * *

This is an attempt to collect a debt, and any information obtained will be used for that purpose. You may pay online at www.csn-reno.net.

Checks by telephone please call for details.

If you wish to pay by Credit Card, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | 3 Digit Code | Expiration Date |
|---|---|---|---|
|  | $ |  |  |

Card Holder Name                        Signature of Card Holder              Date

If FINANCE CHARGES (INTEREST) are shown above, this account will accrue FINANCE CHARGES at an ANNUAL PERCENTAGE RATE of _____ % from the date the unpaid principal amount was assigned to Collection Services of Nevada by our client.

COLLECTION SERVICE OF NEVADA • 777 FOREST ST., RENO, NV 89509 • (775) 333-5757