# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERRI R. SWANSON,

    Plaintiff(s),

vs.

COLLECTION SERVICE OF NEVADA,

    Defendant(s).

Case # 3:19-cv-00123

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Nathan C. Volheim___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

   Sulaiman Law Group, Ltd.
   (firm name)

   with offices at ___2500 S. Highland Avenue, Suite 200___,
   (street address)

   ___Lombard___, ___Illinois___, ___60148___,
   (city)    (state)    (zip code)

   ___(630) 575-8181___, ___nvolheim@sulaimanlaw.com___.
   (area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

   ___Terri R. Swanson___ to provide legal representation in connection with
   [client(s)]

   the above-entitled case now pending before this Court.

Rev. 5/16

1    3.    That since ____May 6, 2010____, Petitioner has been and presently is a
                              (date)
2    member in good standing of the bar of the highest Court of the State of ____Illinois____
                                                                                    (state)
3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular
5    possession of the United States in which the applicant has been admitted to practice law certifying
6    the applicant's membership therein is in good standing.
7    4.    That Petitioner was admitted to practice before the following United States District
8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
9    of other States on the dates indicated for each, and that Petitioner is presently a member in good
10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Illinois State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 3/26/2019 | Binette v. Portfolio Recovery Associates, LLC Case No. 2:19-cv-00091-RFB-PAL | District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Illinois___ )
COUNTY OF ___DuPage___ )

___Nathan C. Volheim___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___30th___ day of ___April___, ___2019___.

_____
Notary Public or Clerk of Court

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Nicholas M. Wajda___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___871 Coronado Center Drive, Ste. 200___,
(street address)

___Henderson___, ___Nevada___, ___89052___,
(city)            (state)            (zip code)

___(702) 900-6339___, ___nick@wajdalawgroup.com___.
(area code + telephone number)  (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Nicholas M. Wajda___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Terri R. Swanson, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11480                nick@wajdalawgroup.com
Bar number           Email address

APPROVED:

Dated: this __2__ day of __May__, 20__19__.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

| Title of Court | Date of Admission | In Good Standing? |
|---|---|---|
| Northern District of Illinois | December 3, 2010 | Yes |
| Central District of Illinois | December 4, 2015 | Yes |
| Southern District of Illinois | October 3, 2016 | Yes |
| Northern District of Indiana | July 29, 2015 | Yes |
| Southern District of Indiana | July 31, 2015 | Yes |
| Eastern District of Wisconsin | October 21, 2016 | Yes |
| Western District of Wisconsin | October 4, 2016 | Yes |
| Northern District of Texas | November 13, 2017 | Yes |
| Southern District of Texas | August 3, 2017 | Yes |
| Eastern District of Texas | June 6, 2017 | Yes |
| Western District of Texas | December 15, 2017 | Yes |
| District of Colorado | August 30, 2017 | Yes |
| Northern District of Ohio | August 24, 2018 | Yes |
| Western District of Michigan | March 13, 2018 | Yes |
| Eastern District of Michigan | December 19, 2017 | Yes |
| State Bar of Illinois | May 6, 2010 | Yes |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Nathan Charles Volheim

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/06/2010 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 9th day of April, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois