AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

TERRI R. SWANSON,

*Plaintiff(s)*

v.

COLLECTION SERVICE OF NEVADA,

*Defendant(s)*

Civil Action No. 3:19-cv-00123

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Collection Service of Nevada
c/o Registered Agent
Demetria A. Barbaish
777 Forest Street
Reno, NV 89509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas M. Wajda
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By)* DEPUTY CLERK

April 11, 2019
DATE

*[SERVED stamp across page]*

IN THE EIGHTH JUDICIAL DISTRICT COURT
IN AND FOR THE COUNTY OF CLARK

TERRI R. SWANSON,
        Plaintiff(s),
VS.
                              CASE NO:   3:19-CV-00123
COLLECTION SERVICE OF NEVADA,
        Defendant(s),

## DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF WASHOE     ss

NICHOLAS RAMIREZ, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the SEE ATTACHED On 4/16/2019 and served the same on 4/29/2019 at 1:28 PM by delivery and leaving a copy with:

Demetria A. Barbaish - Agent for Service, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of DEMETRIA A. BARBAISH, registered agent for COLLECTION SERVICE OF NEVADA, at the registered address of:

777 Forest St, Reno, NV 89509-1711

A description of Demetria A. Barbaish is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | Over 60 | 4'0 - 4'6 | 121-140 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 4/29/2019
by NICHOLAS RAMIREZ
Registration: R -077243

No notary is required per NRS 53.045

X _____
NICHOLAS RAMIREZ
Registration#: R -077243
FRONT RANGE LEGAL PROCESS SERVICE 036
145 W SWALLOW RD
FORT COLLINS, CO 80525
(888) 387-3783



Order#: R69563 NVPRF411