NATHAN C. VOLHEIM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

PATRICIA HALSTEAD
phalstead@halsteadlawoffices.com
HALSTEAD LAW OFFICES
615 South Arlington Avenue
Reno, NV 89509
Telephone: (775) 322-2244
Facsimile: (775) 465-4144
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRI R. SWANSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COLLECTION SERVICE OF NEVADA,<br><br>　　　　Defendant. | Case No. 3:19-cv-00123-HDM-WGC<br><br>**AGREED STIPULATION OF DISMISSAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TERRI R. SWANSON, and the Defendant, COLLECTION SERVICE OF NEVADA, through their respective counsel that the above-captioned action is dismissed, with prejudice against COLLECTION SERVICE OF NEVADA, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 12th day of July 2019.

| TERRI R. SWANSON | COLLECTION SERVICE OF NEVADA |
|---|---|
| /s/ Nathan C. Volheim | */s/ Patricia Halstead, Esq.* |
| Nathan C. Volheim | Patricia Halstead, Esq. |
| Admitted Pro Hac Vice | Halstead Law Offices |
| Sulaiman Law Group, Ltd | 615 South Arlington Avenue |
| 2500 South Highland Avenue, Suite 200 | Reno, Nevada 89509 |
| Lombard, IL 60148 | Phone: (775) 322-2244 |
| Phone: (630) 575-8181 | Fax: (775) 465-4144 |
| Fax: (630) 575-8188 | Counsel for Defendant |
| Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*s/ Nathan C. Volheim*
Nathan C. Volheim

1  NATHAN C. VOLHEIM
   nvolheim@sulaimanlaw.com
2  SULAIMAN LAW GROUP, LTD.
3  2500 South Highland Avenue, Suite 200
   Lombard, IL 60148
4  Telephone: (630) 575-8181
   Facsimile: (630) 575-8188
5  *Attorney for Plaintiff*

6  PATRICIA HALSTEAD
7  phalstead@halsteadlawoffices.com
   HALSTEAD LAW OFFICES
8  615 South Arlington Avenue
   Reno, NV 89509
9  Telephone: (775) 322-2244
   Facsimile: (775) 465-4144
10 *Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRI R. SWANSON, | Case No. 3:19-cv-00123-HDM-WGC |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| COLLECTION SERVICE OF NEVADA, | |
| Defendant. | |

**ORDER ON DISMISSAL WITH PREJUDICE**

Plaintiff, TERRI R. SWANSON ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. , having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

1

Dated: July 12, 2019

_____
Judge, U.S. District Court